HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
ANTHONY DEMEDEIROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:23-cr-00054-DAD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| ANTHONY DEMEDEIROS, | ) Date: October 17, 2023 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney James Conolly, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Anthony Demedeiros, that the status conference scheduled for August 29, 2023, at 9:30 a.m. be continued to **October 17, 2023 at 9:30 a.m.**

The government has advised defense counsel that a formal plea offer is forthcoming, and in anticipation of that the parties will require additional time for plea negotiations. Additionally, defense counsel has requested an opportunity to inspect the physical evidence in this case, which the government is working to arrange. The requested continuance will allow sufficient time for additional defense investigation and preparation, pre plea negotiations, and reciprocal exchange of any outstanding discovery items. Accordingly, the parties request that the status conference in

this matter be reset for October 17, 2023, at 9:30 a.m. or as soon thereafter as the Court is available.

The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: August 23, 2023                              Respectfully submitted,

                                                                          HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
ANTHONY DEMEDEIROS


PHILLIP A. TALBERT
United States Attorney

DATED:  August 23, 2023                              */s/ James Conolly*
JAMES CONOLLY
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS HEREBY ORDERED** that the status conference is continued to **October 17, 2023, at 9:30 a.m.** The time period between August 29, 2023, and October 17, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **August 23, 2023**                              _Dale A. Drozd_
                                                                        UNITED STATES DISTRICT JUDGE