HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
ANTHONY DEMEDEIROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY DEMEDEIROS,<br><br>Defendant. | Case No.  2:23-cr-00054-DAD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>Date:   March 26, 2024<br>Time:   9:30 a.m.<br>Judge:  Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney James Conolly, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Anthony Demedeiros, that the status conference scheduled for January 9, 2024, at 9:30 a.m. be continued to **March 26, 2024 at 9:30 a.m.**

Defense counsel has requested an opportunity to inspect the physical evidence in this case, which the government is still working to arrange with the case agent/custodian of the evidence.  Following inspection, the defense foresees the possibility of needing additional time for investigation.  Moreover, the government has advised defense counsel that a formal plea offer is forthcoming which the defense will need time to review and consider.  Upon receipt of the written plea offer the parties may require additional time for plea negotiations prior to setting this

matter for a change of plea hearing.  The requested continuance will allow sufficient time for additional defense investigation and preparation, pre plea negotiations, and reciprocal exchange of any outstanding discovery items.  Accordingly, the parties request that the status conference in this matter be reset for Tuesday, March 26, 2024, at 9:30 a.m. or as soon thereafter as the Court is available.

The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial.  Therefore, the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: January 3, 2024  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
ANTHONY DEMEDEIROS


PHILLIP A. TALBERT
United States Attorney

DATED:  January 3, 2024  */s/ James Conolly*
JAMES CONOLLY
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS HEREBY ORDERED** that the status conference is continued to **March 26, 2024, at 9:30 a.m.** The time period between January 9, 2024, and March 26, 2024, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **January 3, 2024**

_DALE A. DROZD_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE