HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
ANTHONY DEMEDEIROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ANTHONY DEMEDEIROS,<br><br>　　　　　　　　Defendant. | Case No.  2:23-cr-00054-DAD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>Date:　June 11, 2024<br>Time:　9:30 a.m.<br>Judge:　Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney James Conolly, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Anthony Demedeiros, that the status conference scheduled for June 11, 2024, at 9:30 a.m. be continued to **August 27, 2024, at 9:30 a.m.**

Mr. Demedeiros appeared for a status conference on March 26, 2024, at which time the parties advised that they were working together to complete a defense inspection of the physical evidence, including the firearm that is the subject of the sole count in the indictment. Defense counsel is still seeking an opportunity to inspect the physical evidence in this case, which the government is working to arrange with the custodian of the evidence.  Following inspection, the defense foresees the possibility of needing additional time for investigation.  Moreover, the

government is still preparing a formal plea offer for Mr. Demedeiros, which he will need time to review and consider.  Upon receipt of the written plea offer the parties may require additional time for plea negotiations prior to setting this matter for a change of plea hearing.

The requested continuance will allow sufficient time for additional defense investigation and preparation, pre plea negotiations, and reciprocal exchange of any outstanding discovery items.  Accordingly, the parties request that the status conference in this matter be reset for Tuesday, August 27, 2024, at 9:30 a.m. or as soon thereafter as the Court is available.  The parties intend to either resolve this matter prior to the next status conference, or come prepared to select a trial date and set a motions schedule.

The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial.  Therefore, the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: June 7, 2024

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
ANTHONY DEMEDEIROS


PHILLIP A. TALBERT
United States Attorney

DATED:  June 7, 2024

*/s/ James Conolly*
JAMES CONOLLY
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the status conference scheduled for June 11, 2024, is continued to **August 27, 2024, at 9:30 a.m.** The time period between June 11, 2024, and August 27, 2024, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. **However, no further continuances of the of the status conference in this case will be granted absent a compelling showing of good cause.**[1]

IT IS SO ORDERED.

Dated: **June 9, 2024**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] The government is directed to arrange for the defense inspection of the physical evidence in this case without further delay.