HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MEGAN T. HOPKINS, SBN 294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Attorneys for Defendant
ANTHONY DEMEDEIROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ANTHONY DEMEDEIROS,<br><br>  Defendant. | Case No. 2:23-cr-00054-DAD<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>Date: March 17, 2025<br>Time: 9:30 a.m.<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel Assistant United States Attorney Ross Pearson, attorney for Plaintiff, and Assistant Federal Defender Megan T. Hopkins, attorney for defendant Anthony Demedeiros, that the previously-scheduled sentencing hearing on March 17, 2025, be continued to **March 24, 2025**, at 9:30 a.m.

Defense counsel will be on family medical leave on March 17, 2025 and unavailable for sentencing on that date. Co-counsel previously assigned to represent Mr. Demedeiros, who would have been present for the sentencing hearing, is no longer assigned to this case. Therefore, in order to ensure continuity of counsel and provide Mr. Demedeiros with the level of representation he deserves, defense counsel has requested a one-week continuance to allow her to appear for the hearing.

/ / /

/ / /

Stipulation to Continue Sentencing Hearing            -1-

The government joins in and stipulates to the requested continuance for these same reasons.

Respectfully submitted,

Dated: February 11, 2025

HEATHER E. WILLIAMS
Federal Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
ANTHONY DEMEDEIROS

Dated: February 11, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/Ross Pearson*
ROSS PEARSON
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its Order. Accordingly, sentencing hearing previously-scheduled for March 17, 2025, is continued to **March 24, 2025**, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **February 11, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE