MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone: 916-220-5520
Law.Office.MTH@gmail.com

Attorney for Defendant
ANTHONY DEMEDEIROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTHONY DEMEDEIROS,<br>Defendant. | Case No. 2:23-cr-00054-DAD<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DETENTION HEARING<br><br>Judge: Hon. Allison Claire<br>Date: July 20, 2026<br>Time: 2:00 PM |

Anthony Demedeiros, by and through his attorney of record, Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, James Conolly, hereby stipulate to and request an order from this Court continuing the detention hearing in this matter for one court day, from July 17, 2026 at 2:00 pm to July 20, 2026 at 2:00 pm.

The reason for the continuance is the availability of counsel. Attorney Megan T. Hopkins is prepared to accept appointment in this matter and to argue the matter of detention/release pending resolution of the case, however is not available to appear on July 17, 2026 as currently scheduled. The government does not object to the continuance, and the defense will use the additional time to prepare for the hearing in this matter.

/ / /

/ / /

/ / /

Mr. Demedeiros waives the one (1) day exceeding the 5-day time limit within which a detention hearing must ordinarily be scheduled, because this request is made for good cause: to ensure continuity of counsel and choice of counsel, and to provide his counsel with additional time to meet with him and prepare for the hearing.

Dated: July 14, 2026

Respectfully submitted,

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Attorney for Defendant
ANTHONY DEMEDEIROS

ERIC GRANT
United States Attorney

DATED: July 14, 2026

*/s/ James Conolly*
JAMES CONOLLY
Assistant United States Attorney
Attorney for Plaintiff

**~~[PROPOSED]~~ O R D E R**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the detention hearing currently set for July 17, 2026 at 2:00 PM be continued to July 20, 2026 at 2:00 PM.

Dated: July 15, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE