MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Phone (916) 220-5520
Law.Office.MTH@gmail.com

Attorney for Defendant
ANTHONY DEMEDEIROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ANTHONY DEMEDEIROS,<br>Defendant. | Case No. 2:23-cr-00054-DAD<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Eric Grant, through Assistant United States Attorney James Connolly, attorney for Plaintiff, and Megan T. Hopkins, attorney for defendant Anthony Demedeiros, that the previously-scheduled admit/deny hearing date of October 5, 2026, be continued to **November 9, 2026**, at 9:30 a.m. or such time thereafter as the Court is available.

The requested continuance will provide defense counsel with the additional time needed for investigation into the charges, in order to determine how best to proceed at the hearing. The time will also be utilized to identify available resources and treatment needs, and to develop a proposed release plan to present to the Court at the time of disposition of this matter. The government does not oppose the continuance and so stipulates.

Respectfully submitted,

Dated: September 18, 2026

/s/ *Megan T. Hopkins*
MEGAN T. HOPKINS
Attorney for Defendant
ANTHONY DEMEDEIROS

Dated: September 18, 2026

ERIC GRANT
United States Attorney

/s/ *James Conolly*
JAMES CONOLLY
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation as its Order. The admit/deny hearing previously set for October 5, 2026, is hereby continued to November 9, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **September 29, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE